**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6432

KELLY RAY JONES,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:14-hc-02131-D)

Submitted: July 27, 2018                                    Decided: August 9, 2018

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelly Ray Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly Ray Jones, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. Jones sought to challenge his convictions and sentence. We have reviewed the record in light of our recent Circuit precedent, including *United States v. Wheeler*, 886 F.3d 415 (4th Cir. 2018), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. United States*, No. 5:14-hc-02131-D (E.D.N.C. Feb. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*